UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KELLY MCDONOUGH-IRWIN, | : | |
| | : | |
| Plaintiff, | : | CASE NUMBER: 3:05CV1164(WWE) |
| | : | |
| v. | : | |
| | : | |
| BORDERS GROUP, INC., | : | |
| | : | JUNE 20, 2006 |
| Defendant. | : | |
| | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Kelly McDonough-Irwin, and the Defendant, Borders, Inc., improperly named as Borders Group, Inc., through its undersigned counsel who are authorized by their respective clients to execute this Stipulation, that the above-captioned action be dismissed as to Defendant Borders, Inc. in its entirety, with prejudice, and with no award of attorneys' fees, costs and/or disbursements.

PLAINTIFF,
KELLY MCDONOUGH-IRWIN

By: _____
George W. Kramer, Esq.
47 Hunter's Ridge
Rocky Hill, CT  06067
Tel. (860) 529-5105
Fax (860) 529-5104
Email:  gkramerlaw@cox.net

DEFENDANT,
BORDERS, INC.

By: _____
William J. Anthony, Esq. (ct 17865)
Jennifer C. Tindall, Esq. (ct 23000)
Jackson Lewis, LLP
90 State House Square, 8th Floor
Hartford, CT 06103
Tel. (860) 522-0404
Fax (860) 247-1330
Email:  tindallj@jacksonlewis.com